1

2                    **UNITED STATES DISTRICT COURT**

3

4                    **CENTRAL DISTRICT OF CALIFORNIA**

5
                                                **Case No.: 5:18-cv-02658-DSF-SP**
6    JAMES RUTHERFORD, an
     individual;
7                                               **[PROPOSED] ORDER RE:  MOTION
                                                FOR LEAVE TO AMEND PLAINTIFF'S
8            Plaintiff,                          COMPLAINT**

9    vs.                                         **DATE:** August 26, 2019
                                                **TIME:** 1:30 p.m.
10                                              **COURTROOM:** 7D

11   SAIGON DISH, a business of
12   unknown form; GREG RICE AND                **HON. DALE S. FISCHER**
     JULIANNA RICE, AKA JULI
13   RICE, Trustees of THE GREGG
     AND JULIANNA RICE 2017
14   REVOCABLE TRUST, DATED
15   NOVEMBER 29, 2017; and DOES
     1-10, inclusive,
16

17           Defendants.

18

19          This matter came on for hearing on August 26, 2019 at 1:30 P.m. on Plaintiff's

20   duly noticed Motion for Leave to file a First Amended Complaint.  Having read the

21   papers submitted in support of and in opposition to the motion and having

22   considered the arguments of counsel, the Court finds that justice requires that leave

23   to amend is granted.  Accordingly,

24

25   **IT IS HEREBY ORDERED THAT:**

26       1. The motion is **GRANTED**;

27       2. Plaintiff is given leave to file the First Amended Complaint that was

28          attached as Exhibit 1 to the Declaration of David M. Fitzgerald;

---

3. Plaintiff's First Amended Complaint shall be filed within 3 days of this Order; and,

4. Defendant may respond to this amended pleading within 21 days thereafter.

Dated: _____                    _____

HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

---

**[PROPOSED] ORDER**

2