LESLIE A. BOWER, SBN200899
JEFFREY D. MONTEZ SBN260192
BOWER & ASSOCIATES, APLC
92 Argonaut, Suite 120
Aliso Viejo, CA 92656
Mailing Address: PO Box 11748
Newport Beach, CA 92658
Tel: (949)719-1151
Fax: (949)215-9585
Email: leslie@labowerlaw.com
jeff@labowerlaw.com

Attorneys for Defendants GREGG RICE, erroneously sued as "GREG RICE," AND JULIANNA RICE, AKA JULI RICE, Trustees of THE GREGG AND JULIANNA RICE 2017 REVOCABLE TRUST, DATED NOVEMBER 29, 2017

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SAIGON DISH, a business of unknown form; GREGG RICE, erroneously sued as "GREG RICE," AND JULIANNA RICE, AKA JULI RICE, Trustees of THE GREGG AND JULIANNA RICE 2017 REVOCABLE TRUST, DATED NOVEMBER 29, 2017; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 5:18-cv-02658-DSF-SP<br><br>**DECLARATION OF JEFFREY D. MONTEZ IN SUPPORT OF THE OPPOSITION OF DEFENDANTS GREGG RICE, erroneously sued as "GREG RICE," AND JULIANNA RICE, AKA JULI RICE, Trustees of THE GREGG AND JULIANNA RICE 2017 REVOCABLE TRUST, DATED NOVEMBER 29, 2017 TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>Date: August 26, 2019<br>Time: 1:30 p.m.<br>Courtroom: 7D<br>Judge: Hon. Dale S. Fischer |

I, Jeffrey D. Montez, declare:

1. I am an associate attorney at the law firm Bower & Associates, APLC, counsel for Defendants GREGG RICE, erroneously sued as "GREG RICE," AND JULIANNA RICE, AKA JULI RICE, Trustees of THE GREGG AND JULIANNA RICE 2017 REVOCABLE TRUST, DATED NOVEMBER 29, 2017 (the "Rice Defendants"). I am licensed to practice law in California and I am authorized to appear in this Court.

2. I received by mail copies of certain written discovery propounded on the defendants in this matter. As it pertains to the Opposition of the Rice Defendants to the instant Motion, I received service copies of interrogatories, requests for admission and requests for production of documents propounded upon Saigon Dish. This set of discovery included a proof of service indicating mail service on Bower & Associates, APLC of this set on July 11, 2019. After receiving this set of discovery, I wrote to Plaintiff's counsel that that this office did not represent Saigon Dish in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: August 3, 2019                    _____
                                         Jeffrey D. Montez

_____

**PROOF OF SERVICE**

I, Jeffrey D. Montez, am over the age of 18 years and not a party to the within action; my business address is 92 Argonaut Ste 120, Aliso Viejo, CA 92656.

On August 3, 2019, I caused the document described as **DECLARATION OF JEFFREY D. MONTEZ IN SUPPORT OF THE OPPOSITION OF DEFENDANTS GREGG RICE, ERRONEOUSLY SUED AS "GREG RICE," AND JULIANNA RICE, AKA JULI RICE, TRUSTEES OF THE GREGG AND JULIANNA RICE 2017 REVOCABLE TRUST, DATED NOVEMBER 29, 2017 TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT** to be served upon the parties in case number **5:18-cv-02658-DSF-SP** as follows:

*On all parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above-referenced case caption.*

Via Notice of Electronic Filing generated by the Court's CM/ECF filing system, pursuant to the Court's Local Rules to the addresses listed above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: August 3, 2019       By:  /s/Jeffrey D. Montez

**PARTY SERVED:**

Joseph R. Manning, Jr., Esq. (State Bar No. 223381)

Michael J. Manning, Esq. (State Bar No. 286879)

Craig G. Côté, Esq. (State Bar No. 132885)

Osman M. Taher, Esq. (State Bar No. 272441)

MANNING LAW, APC

4667 MacArthur Blvd., Suite 150

Newport Beach, CA 92660

Office: (949) 200-8755

ADAPracticeGroup@manninglawoffice.com

*Attorneys for Plaintiff James Rutherford*