# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD,<br>Plaintiff,<br><br>v.<br><br>SAIGON DISH, et al.,<br>Defendants. | EDCV 18-2658 DSF (SPx)<br><br>Order DENYING Motion for<br>Leave to Amend (Dkt. No. 24) |

Plaintiff moves for leave to amend his complaint.  The Court's scheduling order set the date of July 22, 2019 as the last date for hearing a motion for leave to amend.  See Dkt. 22 at I.A.  Because the motion for leave to amend was filed for hearing after that deadline, Rule 16's good cause standard applies.  Coleman v. Quaker Oats Co., 232 F.3d 1271, 1294 (9th Cir. 2000).  Plaintiff has not attempted to show good cause for the proposed amendment.

The motion is DENIED.

IT IS SO ORDERED.

Date: August 22, 2019

Dale S. Fischer
United States District Judge